IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MARIA DEL CARMEN ESTRADA REYES,

PETITIONER,

v.   CIVIL ACTION NO. 3:26-0084

CARL ALDRIDGE, Superintendent,
Western Regional Jail;
MICHAEL T. ROSE, Acting Field Office
Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement,
TODD M. LYONS, Acting Director,
United States Immigration and Customs Enforcement;
KRISTI NOEM,
Secretary of Homeland Security;
PAMELO JO BONDI,
United States Attorney General,
in their official capacities,

RESPONDENTS.

## ORDER

Pending before the Court is Respondents' Motion to Exceed Page Limit in Response to Order to Show Cause. ECF No. 17. The Court finds that Respondents have shown good cause as required under L.R. Civ. P. 7.1(a)(2). Accordingly, Respondents' motion is **GRANTED**. Petitioner is provided with an equivalent extension of the page limit that Respondents received for any reply filed to the response.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:   February 12, 2026

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE